AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

J & J Sports Productions, Inc.,
*Plaintiff*
v.                                    Civil Action No.     0:14-1745-JMC

Infiniti of Rock Hill Corp. d/b/a Infinity Sports Bar,
Michelle Judge (a/k/a Michelle J. Obley),
Ebony Monique McMullen, and Ashia Nikkita
Strong,
*Defendants*

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ the plaintiff, J&J Sports Productions, Inc., recover from the defendants, Infiniti of Rock Hill Corp. d/b/a Infinity Sports Bar, Michelle Judge (a/k/a Michelle J. Obley), Ebony Monique McMullen, and Ashia Nikkita Strong, the amount of Thirty-Five Thousand and 00/100 ($35,000.00) Dollars in statutory and enhanced damages, plus Three Thousand, Nine Hundred Eighty-Five and 00/100 ($3,985.00) Dollars in attorney's fees and costs for a sum of Thirty-Eight Thousand, Nine Hundred Eighty-Five and 00/100 ($38,985.00) Dollars. Post Judgment interest shall run at a rate of .26 %.

❑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .
❑ other:

This action was *(check one)*:
❑ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❑ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding.  The court having granted the plaintiff's motion for default judgment.

Date:   April 3, 2015                               *CLERK OF COURT*

                                                    s/Angie Snipes
                                                    _____
                                                    *Signature of Clerk or Deputy Clerk*